IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KENNETH NEAL CAIN | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-482 |
| CHRISTOPHER NORSWORTHY, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kenneth Neal Cain, a prisoner currently confined at the Jefferson County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Christopher Norsworthy, L. Lavis, Oliver J. Bell, T. Phillips, K. Jones, Eric Brisco, the Office of the Inspector General, Sally Carrier, Virgil McMullen, Carter, and Corolla.

The Court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting defendants' motion to dismiss the case.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 82) is **ADOPTED**. Defendants' motion to

dismiss (document no. 72) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 26 day of **September, 2016.**

Thad Heartfield
United States District Judge